**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

INTERSPORT CORP. d/b/a WHAM-O,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Civil Action No.: 1:25-cv-12142

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|-----|------------|
| 1 | 102rdcfg |
| 2 | bedkbd |
| 3 | Belicious Helper |
| 4 | Busk Sunset |
| 5 | cagesmoke |
| 6 | celeont |
| 7 | Costmoon |
| 8 | DeChengBH |
| 9 | Family hardware |
| 10 | Fan811 |
| 11 | FIND |
| 12 | Hemeiyu |
| 13 | Heysun |
| 14 | Homepark Inc |
| 15 | Ibuywill |
| 16 | JiaKangShengSHOP |
| 17 | Jinmingjie International Trade |
| 18 | King of the Moly |
| 19 | Kuaitao Technology |
| 20 | kuiwushangmao |
| 21 | liuhongjiexixishop |
| 22 | Liunmiao |
| 23 | LotFun |
| 24 | Martin Peng |

| 25 | Maybeller |
| 26 | NanYang JiuSi |
| 27 | Priyaittal |
| 28 | qishecundiwuzuqi |
| 29 | Reply |
| 30 | Sanya Binbing Selected Trading Co., Ltd. |
| 31 | ShanXiPengXiao |
| 32 | shaoyanyan |
| 33 | Toylow |
| 34 | US-GUO |
| 35 | Victobo |
| 36 | XiangDaoFengLouCunLuKou |
| 37 | XiYeE |
| 38 | YAMAOWLR |
| 39 | YLstores |
| 40 | Yuzee |
| 41 | YYUANK |
| 42 | ZFHYSM |