**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

INTERSPORT CORP. d/b/a WHAM-O,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:25-cv-12142

Judge Matthew F. Kennelly

Magistrate Judge M. David Weisman

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, INTERSPORT CORP. d/b/a WHAM-O ("Wham-O" or "Plaintiff") and

Defendant No. 23 LotFun ("Defendant") hereby jointly notify the Court that they have reached

settlement and the parties are awaiting the final execution of the settlement agreement and

payment. Appropriate filings will follow the parties' execution of settlement documents.

Each party is to bear its own attorneys' fees, costs and expenses.

DATED:  December 18, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail:  keith@vogtip.com

**_ATTORNEY FOR PLAINTIFF_**

*/s/ Yi Yi*
Yi Yi (CA Bar No. 353482)
LawMay P.C.
2108 N. St., Ste. 9124
Sacramento, CA 95816
Telephone:747-241-3130
E-mail yiyi@lawmayus.com

**_ATTORNEY FOR DEFENDANT_**

1

.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 18, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

*/s/ Keith A. Vogt*
Keith A. Vogt